**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUPTCY MINUTES - GENERAL**



FILED
FEB 16, 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ADV. NO. RS
CASE NO. RS09-19577 MJ                         DATE FEB 16, 2010                  5

TITLE: FRANICS & MARILYNN GABRIEL

DOCKET ENTRY:   MOTION FOR TURNOVER OF PROPERTY NOTICE OF (1) OBJECTION TO DEBTORS CLAIMS OF EXEMPTIONS IN A (A) AAA LIFE INSURANCE COMPANY ANNUITY AND (B) SYMETRA LIFE INSURANCE POLICY; (2) MOTION FOR TUNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 USC SECTION 542

MTN FLD. 12-11-09

PRESENT:
     HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

PROCEEDINGS:   CONTINUED TO 3-2-10 AT 10:00 AM PER NOTICE BY COURT

( ) ORDER TO FOLLOW    ( ) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH    ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                     [CHAPTER 13'S ONLY]

GENMIN1