**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUPTCY MINUTES - GENERAL**



FILED
MAR 2, 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY           Deputy Clerk

ADV. NO.  RS
CASE NO.  RS09-19577 MJ                    DATE MAR 2, 2010                    12

TITLE: FRANCIS & MARILYNN GABRIEL

---

DOCKET ENTRY:   MOTION FOR TURNOVER OF PROPERTY (1) OBJECTION TO DEBTORS CLAIMS OF EXEMPTION IN A (A) AAA LIFE INSURANCE COMPANY ANNUITY AND (B) SYMETRA LIFE INSURANCE POLICY (2) MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE PURS TO 11 USC SECTION 542

MTN FLD. 12-11-09
FROM  2-16-10

---

PRESENT:
    HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:         ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Minier

PROCEEDINGS:   Continued to May 25 at 10:00 a.m.

( ) ORDER TO FOLLOW    ( ) TO BE LODGED    ( ) NO LODGEMENT NECESSARY

( ) WALK THROUGH    ( ) CLERK'S ORDER VAN 153    ( ) CHAMBER'S ORDER
                    [CHAPTER 13'S ONLY]

GENMIN1