**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**BANKRUPTCY MINUTES - GENERAL**



FILED
MAY 25, 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ADV. NO. RS
CASE NO. RS09-19577MJ                    DATE MAY 25, 2010                    6

TITLE: FRANCIS & MARILYNN GABRIEL

---

DOCKET ENTRY:    MOTION FOR TURNOVER OF PROPERTY NOTICE OF (1) OBJECTION AND OBJECTION TO DEBTORS CLAIMS OF EXEMPTION IN A (A) AAA LIFE INSURANCE CO. ANNUITY; AND (B) SYMETRA LIFE INSURANCE POLICY; (2) MOTION AND MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542
MTN/NTC/P&A/DECL FLD 12-11-09

---

PRESENT:
    HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Minier

PROCEEDINGS:    Continued to September 7 at 10:00 a.m.

( ) **ORDER TO FOLLOW**    ( ) **TO BE LODGED**    ( ) **NO LODGEMENT NECESSARY**

( ) **WALK THROUGH**    ( ) **CLERK'S ORDER VAN 153**    ( ) **CHAMBER'S ORDER**
                        [CHAPTER 13'S ONLY]

GENMIN1